# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>**David R. Faccone,**<br><br>Debtor. | **Chapter 7**<br><br>**Bankruptcy No. 20-81450** |

## ORDER AND NOTICE OF STATUS HEARING

**IT IS HEREBY ORDERED** that a status hearing will be held in the above referenced case on **February 2, 2022 at 11:00 A.M**  before the Honorable Thomas M. Lynch.

**This hearing will be heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

Date: January 27, 2022

ENTER:

*Thomas M. Lynch*
Thomas M. Lynch
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In Re:<br><br>**David R. Faccone,**<br><br>Debtor. | **Chapter 7**<br><br>**Bankruptcy No. 20-81450** |

## CERTIFICATE OF SERVICE

    I certify that on January 27, 2022, I caused a copy of the attached Order and Notice of Status Hearing to be served on the parties listed below via the court's electronic notification system:

John P Dickson
Dickson Law Group,LLC

Brian A Hart, Trustee
Brian Hart Law

Nathan E. Curtis
Geraci Law L.L.C.

Steven J Brody
Steven J. Brody & Associates, Ltd.

                                                  /s/ Mimi Kuczynski
                                                  Mimi Kuczynski, Courtroom Deputy